UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| VINCENT J. LABARCA AND TRISHA A. FLINT on behalf of themselves and all others similarly situated,<br>                                   Plaintiffs,<br>-against-<br>GRJH, INC. d/b/a Cobble Pond Farms,<br>JAMES METZ, individually,<br>ALICIA H. METZ, individually,<br>LAUREN H. SIMONS, individually,<br>                                   Defendants. | **NOTICE OF MOTION FOR ATTORNEY FEES AND COSTS**<br><br>16-CV-0826<br>(MAD/TWD) |

---

**PLEASE TAKE NOTICE** that, upon the Affidavit of Sarah J. Burger sworn to on June 28, 2017, Plaintiff's Memorandum of Law, dated June 28, 2017, and all other proceedings had and papers filed herein, the undersigned will move this Court for an Order on August 1, 2017 at the United States Courthouse in Albany, New York for attorney's fees and costs pursuant to F.R.C.P. 54(d) and 29 U.S.C. § 216(b) against Defendants, and for such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, answering and reply papers shall be served in accordance with Local Rule 7.1 of the United States District Court for the Northern District of New York.

DATED:    June 28, 2017
                Albany, New York

**COOPER ERVING & SAVAGE, LLP**

By: _/s/ Sarah J. Burger_
Sarah J. Burger, Esq.
Bar Roll: 517051
63 Putnam Street, Suite 202
Saratoga Springs, NY 12866
Telephone: (518) 244-8918
Fax: (518) 306-5162
Email: sburger@coopererving.com

TO:   Jeanne Gonsalves Lloyd, Esq. (VIA ECF ONLY)