UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| VINCENT J. LABARCA AND TRISHA A. FLINT on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br>  -against-<br><br>GRJH, INC. d/b/a Cobble Pond Farms,<br>JAMES METZ, individually,<br>ALICIA H. METZ, individually,<br>LAUREN H. SIMONS, individually,<br>                              Defendants. | **NOTICE OF MOTION FOR ATTORNEY FEES AND COSTS**<br><br>16-CV-0826<br>(MAD/TWD) |

---

**PLEASE TAKE NOTICE** that, upon the Affidavit of Sarah J. Burger sworn to on March 10, 2018, Plaintiff's Memorandum of Law, dated March 10, 2018, and all other proceedings had and papers filed herein, the undersigned will move this Court for an Order on April 17, 2018 at the United States Courthouse in Albany, New York for attorney's fees and costs pursuant to F.R.C.P. 54(d), 29 U.S.C. § 216(b) and New York Labor Law Article 6 § 198 against Defendants, and for such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, answering and reply papers shall be served in accordance with Local Rule 7.1 of the United States District Court for the Northern District of New York.

DATED:    March 10, 2018
                Saratoga Springs, New York

IANNIELLO ANDERSON, P.C.

By: _____
Sarah J. Burger, Esq.
Bar Roll: 517051
358 Broadway, Suite 206
Saratoga Springs, NY 12866
Telephone: (518) 371-8888
Fax: (518) 583-7657
Email: sburger@ialawny.com

TO: Jeanne Gonsalves Lloyd, Esq. (VIA ECF ONLY)